UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.F.M., T.D., S.W., and D.A.F.A., on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br>   v.<br><br>KIRSTJEN NIELSEN, in her capacity as Secretary of the Department of Homeland Security; LEE FRANCIS CISSNA, in his capacity as Director of United States Citizenship and Immigration Services; BARBARA VELARDE, in her capacity as Chief of the Administrative Appeals Office of United States Citizenship and Immigration Services; ROBERT M. COWAN, in his capacity as Director of the United States Citizenship and Immigration Services National Benefits Center; THOMAS CIOPPA, in his capacity as Director of the United States Citizenship and Immigration Services New York City District Office; EDWARD NEWMAN, in his capacity as Director of the United States Citizenship and Immigration Services Buffalo District Office; DANIEL RENAUD, in his capacity as Associate Director of United States Citizenship and Immigration Services Field Operations Directorate; GWYNNE DINOLFO, in her capacity as United States Citizenship and Immigration Services Albany Field Office Director; GINA PASTORE, in her capacity as United States Citizenship and Immigration Services Brooklyn Field Office Director; CARMEN WHALING, in her capacity as United States Citizenship and Immigration Services Buffalo and Syracuse Field Office Director; ELIZABETH MILLER, in her capacity as United States Citizenship and Immigration Services Long Island Field Office Director; WILLIAM BIERMAN, in his capacity as United States Citizenship and Immigration Services New York Field Office Director; and BRIAN MEIER, in his capacity as United States Citizenship and Immigration Services Queens Field Office Director,<br><br>                 Defendants. | 18 Civ. 5068<br><br>Oral Argument Requested<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that upon the Declaration of Robert J. Malionek, and accompanying exhibits, and upon the Memorandum of Law, the undersigned, on behalf of Plaintiffs R.F.M., T.D., S.W., and D.A.F.A. ("Plaintiffs"), hereby move this Court for an order granting a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, ordering Defendants Kirstjen Nielsen, Secretary of the Department of Homeland Security; Lee Francis Cissna, Director of United States Citizenship and Immigration Service ("USCIS"); Barbara Velarde, Chief of the Administrative Appeals Office; Robert M. Cowan, Director of USCIS National Benefits Center; Thomas Cioppa, Director of USCIS New York District Office; Edward Newman, Director of USCIS Buffalo District Office; Daniel Renaud, Associate Director, USCIS Field Operations Directorate; Gwynne Dinolfo, USCIS Albany Field Office Director; Gina Pastore, USCIS Brooklyn Field Office Director; Carmen Whaling, USCIS Buffalo and Syracuse Field Office Director; Elizabeth Miller, USCIS Long Island Field Office Director; William Bierman, USCIS New York Field Office Director; and Brian Meier, USCIS Queens Field Office Director, to bar USCIS from departing from its longstanding policy of (i) recognizing the New York Family Court as a "juvenile court" under 8 C.F.R. § 204.11(a) and (ii) recognizing that the New York Family Court is empowered to issue SIJS Orders under 8 U.S.C. § 1101(a)(27)(J) when the Family Court's Special Findings Order appointed a guardian for an individual over the age of 18, pending a final adjudication of the case on the merits; to enjoin Defendants to provide 14 days' notice to Plaintiffs' counsel before Defendants take any adverse adjudicatory or enforcement action against Plaintiffs or members of the Proposed Class during the pendency of this litigation; and to grant any other relief the Court deems just and equitable.

Dated: June 7, 2018
New York, New York

Respectfully submitted,

/s/ Robert J. Malionek
Robert J. Malionek
Nicholas L. McQuaid
Virginia F. Tent
Alexander R. DeLisi
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Robert.Malionek@lw.com
Nicholas.McQuaid@lw.com
Virginia.Tent@lw.com
Alexander.DeLisi@lw.com

Seymour James
Adriene Holder
Hasan Shafiqullah
Judith Goldiner
Lisa Freeman
Beth Krause(*pro hac vice* forthcoming)
Jennifer Levy
Julie Dona
Theresa B. Moser
THE LEGAL AID SOCIETY
199 Water Street, 3rd Floor
New York, NY 10038
(212) 577-3536
JLevy@legal-aid.org

*Attorneys for Plaintiffs*