UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
R.F.M., T.D., S.W., and D.A.F.A., on behalf of     :
themselves and all others similarly situated,          :
                                                                   :
                              Plaintiffs,       :
                                                                     :
                                                                     :     18 Civ. 5068 (JGK)
   -against-                                                    :
                                                                     :
KIRSTJEN NIELSEN, et al.,                  :
                                                                     :
                              Defendants.    :
                                                                     :
------------------------------------------------------------------ x

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record,

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants: KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security; LEE FRANCIS CISSNA, in his official capacity as Director of United States Citizenship and Immigration Services; BARBARA VELARDE, in her official capacity as Chief of the Administrative Appeals Office of the United States Citizen and Immigration Services; ROBERT M. COWAN, in his official capacity as Director of the United States Citizenship and Immigration Services National Benefits Center; THOMAS CIOPPA, in his official capacity as Director of the United States Citizenship and Immigration Services New York City District Office; EDWARD NEWMAN, in his official capacity as Director of the United States Citizenship and Immigration Services Buffalo District Office; DANIEL RENAUD, in his official capacity as Associate Director of the United States Citizenship and Immigration Services Field Operations Directorate; GWYNNE DINOLFO, in her official capacity as United States Citizenship and Immigration Services Albany Field Office Director;

GINA PASTORE, in her official capacity as United States Citizenship and Immigration Services Brooklyn Field Office Director; CARMEN WHALING, in her official capacity as United States Citizenship and Immigration Services Buffalo and Syracuse Field Office Director; ELIZABETH MILLER, in her official capacity as United States Citizenship and Immigration Services Long Island Field Office Director; WILLIAM BIERMAN, in his official capacity as United States Citizenship and Immigration Services New York Field Office Director; and BRIAN MEIER, in his official capacity as United States Citizenship and Immigration Services Queens Field Office Director.

Dated: New York, New York
　　　　June 18, 2018

　　　　　　　　　　　　　　　　　　　　GEOFFREY S. BERMAN
　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　By:　　　*/s/ Tomoko Onozawa*
　　　　　　　　　　　　　　　　　　　　TOMOKO ONOZAWA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　86 Chambers Street, Third Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 637-2721
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 637-2686
　　　　　　　　　　　　　　　　　　　　E-mail: tomoko.onozawa@usdoj.gov