

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 29, 2018

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *R.F.M. v. Nielsen*, 18 Civ. 5068 (JGK)

Dear Judge Koeltl:

    This Office represents Defendants (the "Government") in the above-referenced action brought under the Administrative Procedure Act. Pursuant to the Court's order dated August 13, 2018 [Dkt. No. 61], the Government will be filing a supplemental administrative record in this case consisting of the A-file of the additional plaintiff, O.M.S., named in the amended complaint. Because the A-file contains O.M.S.'s full name and other personally identifiable information which is the subject of the plaintiffs' motion to proceed anonymously [Dkt. No. 6], we respectfully request that the Court enter an order permitting the Government to file the O.M.S.'s A-file under seal. Additionally, because the A-file is voluminous, we respectfully request leave to file the A-file in the form of a CD that will be placed under seal with the Court. Should the Court deny or modify plaintiffs' request to proceed anonymously, the Government will move to unseal the A-file in accordance with the Court's order.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    */s/ Kirti Vaidya Reddy*
    KIRTI VAIDYA REDDY
    TOMOKO ONOZAWA
    Assistant United States Attorneys
    Tel: (212) 637-2751/2721
    Fax: (212) 637-2686
    Email: kirti.reddy@usdoj.gov
           tomoko.onozawa@usdoj.gov

cc:    All Plaintiffs of Record (via ECF)