**PROPOSED ORDER**
**Exhibit A**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.F.M. et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> Nielsen et al., <br><br>          Defendants. | 18 Civ. 5068 (JGK) |

**ORDER GRANTING MOTION TO WITHDRAW JENNIFER LEVY
AS A COUNSEL OF RECORD FOR PLAINTIFFS**

Upon the Motion to Withdraw Jennifer Levy as a Counsel of Record filed by Jennifer Levy, and for good cause shown,

IT IS HEREBY ORDERED that Jennifer Levy, Esq., is withdrawn as a Legal Aid Society counsel of record for Plaintiffs.

IT IS FUTHER ORDERED that Jennifer Levy, Esq., shall no longer receive electronic notices from the court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated:

New York, N.Y.

_____
Hon. J. Koeltl