UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-28-19

R.F.M. ET AL.,

          Plaintiffs,

- against -

KIRSTJEN NIELSEN, in her capacity as
Secretary of the Department of
Homeland Security, ET AL.,

          Defendants.

18-cv-5068 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By letter dated June 19, 2019 (Dkt. No. 155), the plaintiffs seek additional relief beyond that in the Amended Judgment issued by the Court on May 31, 2019.

The Amended Judgment was a fair and reasonable judgment that decided the issues in the case that was before the Court. The Court sees no reason to clarify the Amended Judgment further or grant additional relief. Accordingly, the plaintiffs' application is denied.

If, in any individual case, a problem arose because of the defendants' failure to implement the Amended Judgment, that problem could be brought to the Court's attention or a separate

litigation could be brought on behalf of an individual applicant.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 27, 2019**

                                            **John G. Koeltl**
                                     **United States District Judge**