```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.F.M., T.D., S.W., D.A.F.A., AND O.M.S.,
ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED,

                              Plaintiffs,

                            - against -

KIRSTJEN NIELSEN, LEE FRANCIS CISSNA,
BARBARA VELARDE, ROBERT M. COWAN, THOMAS
CIOPPA, EDWARD NEWMAN, DANIEL RENAUD,
GWYNNE DINOLFO, GINA PASTORE, CARMEN
WHALING, ELIZABETH MILLER, WILLIAM BIERMAN,
AND BRIAN MEIER,

                            Defendants.

18 Civ. 5068 (LLS)

**ORDER**

On due consideration, after review of Magistrate Judge Ona T. Wang's Report and Recommendation dated May 4, 2020 (Dkt. No. 194), no party having objected, the time for objecting having expired, and no clear error appearing on the face of the record, the Report and Recommendation is approved and adopted.

So ordered.

Dated:    New York, New York
            May 20, 2020

                                          *Louis L. Stanton*
                                           LOUIS L. STANTON
                                               U.S.D.J.