ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.F.M., T.D., S.W., D.A.F.A., and O.M.S., on behalf of themselves and all others similarly situated,

        Plaintiffs,

- against -

KIRSTJEN NIELSEN, LEE FRANCIS CISSNA, BARBARA VELARDE, ROBERT M. COWAN, THOMAS CIOPPA, EDWARD NEWMAN, DANIEL RENAUD, GWYNNE DINOLFO, GINA PASTORE, CARMEN WHALING, ELIZABETH MILLER, WILLIAM BIERMAN, and BRIAN MEIER,

        Defendants.

18 Civ. 5068 (LLS)

ORDER

Defendants (the "Government") are directed forthwith to answer questions 1-8 in section II of plaintiffs' July 23, 2020 letter.

So ordered.

Dated:   New York, New York
          July 27, 2020

                                             *Louis L. Stanton*
                                             LOUIS L. STANTON
                                                U.S.D.J.